**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GARY D. HAMMOND,**

     **Plaintiff,**

     v.                      **Civil Action 2:08-CV-1080
Judge Holschuh
Magistrate Judge King**

**MICHAEL J. WALKER,**

     **Defendant.**

<u>ORDER</u>

On November 24, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** in this action.


Date: December 22, 2008           <u>**/s/ John D. Holschuh**</u>
                                            John D. Holschuh, Judge
                                            United States District Court